No. 450. MAHLER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Robert A. Cohen* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for the United States.

No. 453. IN RE ALKER. C. A. 3d Cir. Certiorari denied. *Francis E. Walter, Robert M. Taylor* and *James J. Regan, Jr.* for petitioner.

No. 454. SOCONY MOBIL OIL CO., INC., ET AL. *v.* WALL STREET TRADERS, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Robert Eikel, George W. Renaudin* and *L. J. Benckenstein* for petitioners. *Richard Gyory* and *Herman E. Cooper* for respondents.

No. 455. LYONS *v.* GILLILAND. C. A. 9th Cir. Certiorari denied. *Morris Lavine* and *Welburn Mayock* for petitioner. *George R. Larwill* for respondent.

No. 457. CALIFORNIA DUMP TRUCK OWNERS ASSOCIATION ET AL. *v.* HEAVY, HIGHWAY, BUILDING & CONSTRUCTION TEAMSTERS COMMITTEE FOR NORTHERN CALIFORNIA ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied. *Robert M. Adams, Jr.* and *Scott Elder* for petitioners. *David Previant, Duane B. Beeson* and *Florian Bartosic* for respondents.

No. 461. DENTON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William Earl Badgett* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.